IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SURFSIDE ESTATES II CONDOMINIUM,<br><br>                Plaintiff,<br><br>     vs.<br><br>GENERAL CASUALTY COMPANY OF WISCONSIN,<br><br>                Defendant. | 4:14CV3136<br><br>**ORDER** |

This matter is before the court on the parties' joint motion to amend their Rule 26(f) Report and amend the Amended Progression Order, (Filing No. 23). Being duly informed of the facts,

IT IS ORDERED:

1) The parties' motion, (Filing No. 23), is granted. The parties' amended Rule 26(f) Report shall be filed on or before February 9, 2015.

2) Paragraph 6 of the Amended Progression Order, (Filing No. 16), is amended as follows:

> Corporate Disclosures under Rule 7.1 and written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure will be completed by February 4, 2015. All written discovery must be propounded 33 days prior. Motions to compel Rule 7.1, as well as Rule 33 through 36 discovery must be filed by Feb. 20, 2015.

Dated this 3rd day of February, 2015

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge