IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SURFSIDE ESTATES II CONDOMINIUM,<br><br>                      Plaintiff,<br><br>vs.<br><br>GENERAL CASUALTY COMPANY OF WISCONSIN,<br><br>                      Defendant. | 4:14CV3136<br><br>**AMENDED PROGRESSION ORDER** |

Defendant's unopposed motion to amend the progression order, (Filing No. 52), is granted.

Accordingly,

IT IS ORDERED:

1)      The deadline for Defendant's expert disclosures is July 20, 2015.

2)      The deposition deadline is September 10, 2015.

3)      The deadline for filing motions to dismiss and motions for summary judgment is October 9, 2015. [1]

4)      The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 9, 2015.

July 21, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed.  See NECivR 7.1.  For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.