IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SURFSIDE ESTATES II
CONDOMINIUM,

        Plaintiff,

   vs.

GENERAL CASUALTY COMPANY OF
WISCONSIN,

        Defendant.

**4:14CV3136**

**ORDER**

IT IS ORDERED that Defendant's Motion To Compel/Resolve Issues Concerning Expert Depositions and Discovery, (Filing No. 61), is granted in part and denied in part as follows:

1)     In advance of the deposition of Plaintiff's expert, Engineering Specialists Incorporated, Defendants shall pay the expert $2400 for four hours of expert witness time.

2)     If at the close of the deposition, the expert's bill for preparation and deposition time exceeds $2400, the parties shall discuss the bill and attempt to resolve any dispute over the amount.  If any dispute cannot be resolved within 15 days after the bill is submitted to defense counsel, the plaintiff shall move for judicial resolution of the dispute.

August 30, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge