IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SURFSIDE ESTATES II CONDOMINIUM, | ) | 4:14CV3136 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| GENERAL CASUALTY COMPANY OF WISCONSIN, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for extensions of time (filing 89) is granted, as follows:

1. Plaintiff shall have until November 9, 2015, to respond to Defendant's October 20, 2015 motion to exclude (filing 79) and motion to strike (filing 83).

2. Plaintiff shall have until November 10, 2015, to respond to Defendant's October 21, 2015 motion to exclude (filing 86).

DATED this 4th day of November, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge