# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SURFSIDE ESTATES II CONDOMINIUM, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL CASUALTY COMPANY OF WISCONSIN, <br><br> Defendant. | Case No. 4:14-CV-3136 <br><br> **JOINT STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED among the parties, by and through their respective undersigned counsel, that an amicable settlement has been reached and that this action may be dismissed in its entirety, and that the Court may enter an order dismissing the underlying action, with prejudice. Each party to bear their own attorney's fees and costs.

Dated this 2ND day of February, 2016.

Respectfully Submitted,

/s Christina M. Phillips
Christina M. Phillips
Childress Duffy, Ltd.
500 N. Dearborn Street, Suite 1200
Chicago, IL 60654
(312) 494-0200
cphillips@childresslawyers.com
*Counsel for Plaintiff*

Respectfully Submitted,

/s Kristina Kamler
Kristina Kamler
Engles, Ketcham, Olson & Keith, P.C.
1350 Woodmen Tower
Omaha, NE 68102
(402) 348-0900
kkamler@ekoklaw.com
*Counsel for Defendant*