IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SURFSIDE ESTATES II CONDOMINIUM, | ) ) ) | 4:14CV3136 |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| GENERAL CASUALTY COMPANY OF WISCONSIN, | ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the parties' joint stipulation (filing 104) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to bear their own attorney's fees and costs.

February 4, 2016.                    BY THE COURT:

                                     s/ Richard G. Kopf
                                     Senior United States District Judge